## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| **CARLA COHEN** | | **PLAINTIFF** |
| vs. | No. 4:08CV00423 JMM | |
| **WOOLWORTH CORPORATION, EMPLOYER, LUMBERMENS MUTUAL CASUALTY COMPANY, INSURANCE CARRIER** | | **DEFENDANTS** |

## JUDGMENT

Pursuant to the Order entered on this day, it is Considered, Ordered and Adjudged that plaintiff's complaint is dismissed for failure to state a claim.

IT IS SO ORDERED THIS  15  day of   May  , 2008.

_____
James M. Moody
United States District Judge